IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA

| | |
|---|---|
| KAREN HASTINGS, and<br>UTE MUELLER,<br><br>      Plaintiffs,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE<br>INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.  10-4143-JAR<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The above-entitled cause having been fully settled, compromised and adjusted, it is hereby stipulation and agreed by and between the parties thereto that the same be dismissed with prejudice against the institution and prosecution by plaintiffs of any other or further action or actions involving any of the matters referred to in plaintiffs' petition now on file in said cause. Each party to bear their own costs.

Dated at _Kansas City_, Kansas, this 24th day of May, 2011.

                                      Respectfully submitted,

                                      DEACY & DEACY, LLP

                                      /s/ Dale L. Beckerman
                                      Dale L. Beckerman, KS Bar # 15820
                                      Meghan E. Lewis, KS Bar # 24453
                                      920 Main Street, Suite 1900
                                      Kansas City, Missouri 64105-2010
                                      Telephone: (816) 421-4000
                                      Facsimile: (816) 421-7880
                                      dlb@deacylaw.com
                                      mel@deacylaw.com
                                      ATTORNEYS FOR DEFENDANT
                                      THE TRAVELERS HOME AND
                                      MARINE INSURANCE COMPANY

SCOTT, QUINLAN, WILLARD,
BARNES & KEESHAN, LLC


/s/ Robert E. Keeshan
Robert E. Keeshan, Esq.
3301 Van Buren Street
Topeka, KS 66611-2225
Telephone: (785) 267-0040
Facsimile: (785) 267-6745
ATTORNEYS FOR PLAINTIFFS